# Third District Court of Appeal

## State of Florida

Opinion filed July 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0121
Lower Tribunal No. 21-20300

_____

**Eduardo Detomasi,**
Appellant,

vs.

**Guillermo Celia,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

MAC Legal, P.A., and Igor Hernandez (Hollywood), for appellant.

Jones & Adams, P.A., Jorge E. Porro, and Matthew L. Jones, for appellee.

Before LOGUE, C.J., and SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.